# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| **United States of America** <br> vs. <br> Jose Luis Gudino Rodriguez | Case No. CR-F 04-5327 AWI |

FILED
2005 SEP -2 P 4:
CLK... ..ST. COU...
...DIST. OF CA
AT FRESNO
BY_____
DEPUTY

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, __Jose Luis Gudino Rodriguez__, have discussed with _____Lydia J. Serrano_____, Pretrial Services Officer, modifications of my release conditions as follows:

Deleting the following condition: You shall participate in the following home confinement program components and abide by all the requirements of the program which will include electronic monitoring or other location verification system - Home Detention - Your are restricted to your residence at all times except for employment, education, religious services, mental health treatment, attorney visits, court appearance, court-ordered obligations, and other activities re-approved by the Pretrial Services Officer.

All other conditions of release not in conflict to remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____   9-2-05           _____   9-2-05
Signature of Defendant      Date               Pretrial Services Officer   Date
Jose Luis Gudino Rodriguez                      Lydia J. Serrano

I have reviewed the conditions and concur that this modification is appropriate.

_____                        9/2/2005
Signature of Assistant United States Attorney   Date
Laurel Montoya

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                        9-2-05
Signature of Defense Counsel                   Date
Caroline McCreary

### ORDER OF THE COURT

☒ The above modification of conditions of release is ordered, to be effective on __immediately__.
☐ The above modification of conditions of release is *not* ordered.

_____                        Sept 2, 2005
Signature of Judicial Officer                  Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services